WHITE et al., Appellants, v. LOOMIS et al., Respondents. (Supreme Court, Appellate Divi-

sion, Fourth Department. December 4, 1907.) Action by William N. White and others against Leslie G. Loomis and others.

PER CURIAM. Judgment and orders affirmed, with costs.

ROBSON, J., not voting.